UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTON FROST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BARACK OBAMA,<br><br>　　　　　Defendant. | Case No. 20-cv-00605-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Richard Seeborg to determine whether it is related to *Frost v. Scharf, et al.*, Case No. 19-cv-07774-RS.

**IT IS SO ORDERED**.

Dated: January 30, 2020

_____
SALLIE KIM
United States Magistrate Judge